■ In the Matter of SAMUEL SCHWARTZ et al., Appellants, against TRAVELERS HOTEL, INC., et al., Respondents.— In a proceeding by stockholders of a corporation to permit them to inspect the corporate books and records, the appeal is, by permission, from so much of an order as refers the issues of fact as to the good faith of appellants, and as to their purpose in seeking the inspection, to an Official Referee to hear and determine. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ ANNA KOCHAN, as Administratrix of the Estate of JOHN KOCHAN, Deceased, Respondent, v. NIAGARA MOHAWK POWER COMPANY, Appellant.— In an action to recover damages for wrongful death, the appeal is from an order denying a motion, pursuant to subdivision 3 of section 187 of the Civil Practice Act, to change the place of trial from Queens County, where the administratrix resides, to Oneida County, where the accident occurred. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ MARMIKE MANUFACTURING CORP., Respondent, v. OSCAR SHANK et al., Appellants.— In an action to recover damages for breach of contract (1st cause of action) and to recover damages for conspiracy (2d cause of action) an order was entered granting a motion to dismiss, for insufficiency, the second cause of action (Rules Civ. Prac., rule 106, subd. 4), with leave to plead over, and denying a similar motion to dismiss the first cause of action. The appeal is from so much of said order as denies the motion to dismiss the first cause of action. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.